IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| QUENTIN ANTWAN MITCHELL | § | |
| VS. | § | CIVIL ACTION NO. 1:09cv386 |
| T. GORDON | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Quentin Antwan Mitchell, proceeding *pro se*, filed the above-styled lawsuit.

Plaintiff has filed a motion asking that this lawsuit be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff is entitled to dismiss his lawsuit prior to the service of adverse parties. As a result, the motion will be granted.

## ORDER

For the reasons set forth above, plaintiff's motion is **GRANTED**. An appropriate Final Judgment shall be entered.

**SIGNED** this the 20 day of **October, 2009.**

_____
Thad Heartfield
United States District Judge